IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EARNEST ROBINSON                                                                                          PLAINTIFF

Vs.                                        CASE NO. 4:05cv01005 JMM/HLJ

RANDY JOHNSON, et al                                                                              DEFENDANTS

## ORDER

The above 42 U.S.C. § 1983 case is currently set for jury trial on January 16, 2007.

By Order entered October 10, 2006, Magistrate Judge Henry L. Jones, Jr. granted Plaintiff's motion to dismiss appointed counsel and to appoint new counsel (docket entry #78).

Defendants have filed a status report stating they have suspended discovery pending appointment of new counsel (docket entry #80).

The jury trial and all deadlines are canceled and will be reset after new counsel is appointed.

IT IS SO ORDERED this 28th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE