IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EARNEST ROBINSON
PLAINTIFF
ADC #79431

VS.  CASE NO. 4:05CV01005 JMM

RANDY JOHNSON, et al.  DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by defendants Dr. Carl Johnson is hereby DENIED without prejudice.

IT IS FURTHER ORDERED that service is appropriate for defendant Dr. Carl Johnson. The Clerk of the Court shall issue summons and the United States Marshal is hereby directed to serve a copy of the summons and amended complaint on defendant Johnson at the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, AR 72204, without prepayment of fees and costs or security therefor.

SO ORDERED this __24__ day of __April__, 2007.

_____
UNITED STATES DISTRICT JUDGE