IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EARNEST ROBINSON,                                                    PLAINTIFF
ADC #79431

VS.                           CASE NO. 4:05CV01005 JMM

RANDY JOHNSON, et al.                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 12th day of February, 2008.


_____
UNITED STATES DISTRICT JUDGE