IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EARNEST ROBINSON,                                                                    PLAINTIFF
ADC #79431

VS.                              CASE NO. 4:05CV01005 JMM

RANDY JOHNSON, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that defendants' motions for summary judgment are hereby GRANTED, and plaintiff's complaint against defendants is hereby DISMISSED with prejudice.

SO ADJUDGED this 12th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE